**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY ROMERO, | ) | NO. CV 11-9548-SVW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| COUNTY OF VENTURA, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: November 29, 2012.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE